1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br>Plaintiff, <br><br>v. <br><br>JESSIE STRICCHIOLA, an individual; THIRD DOOR MEDIA, INC., a Delaware corporation; and DOES 1 through 10 inclusive, <br><br>Defendant. | Case No. 8:18-cv-01204-JLS-JDE <br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE (Doc. 20)** |

1

Before the Court is Plaintiff Michael Grecco Productions, Inc.'s Motion to Strike the affirmative defenses in Defendant Jessie Stricchiola's Answer. (Mot., Doc. 20.)[1] Stricchiola did not file an opposition. "The failure to file any required document . . . may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. R. 7-12. Thus, the Court deems Stricchiola's failure to respond as consent to granting the Motion.

Accordingly, the Court GRANTS Plaintiff's Motion to Strike and VACATES the hearing set for December 7, 2018, at 10:30 a.m. Stricchiola is ORDERED to file an Amended Answer without the stricken affirmative defenses no later than fourteen (14) days from the date of this Order.

IT IS SO ORDERED.

DATED: December 03, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The original Notice of Motion incorrectly named "Internet Brands, Inc." as the Defendant, but Plaintiff filed a correct Notice of Motion (Doc. 21) naming Defendant Stricchiola.