# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTION, INC., d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>JESSIE STRICCHIOLA, an individual; THIRD DOOR MEDIA, INC. a Delaware Corporation; and DOES 1 through 50, inclusive.<br><br>Defendant. | CASE NO:  8:18-cv-01204-JLS-JDE<br><br>**ORDER (1) VACATING PRIOR ORDER (Doc. 38); AND (2) GRANTING PLAINTIFF'S MOTION TO STRIKE PURSUANT TO STIPULATION (Doc. 39)** |

Now before the Court is the Stipulation of Plaintiff Michael Grecco Production, Inc. and Defendant Jessie Stricchiola regarding Plaintiff's Motion to Strike.  (Stip., Doc. 39.)

On December 3, 2018, the Court granted Plaintiff's Motion to Strike and ordered Defendant to file an amended answer "without the stricken affirmative defenses."  (Doc. 38.)  Shortly after the Order was issued, the parties filed a Stipulation apprising the Court for the first time of their November 24, 2018 agreement that, if the Court granted

Plaintiff's Motion to Strike, Defendant Stricchiola would be permitted to file an Amended Answer correcting and remedying the affirmative defenses. (Stip. ¶ 3.) Based on that Stipulation, the Court finds good cause to VACATE the Court's December 3, 2018 Order.

It is HEREBY ORDERED that Plaintiff Michael Grecco Production, Inc.'s Motion to Strike (Doc. 20) is GRANTED and Defendant Stricchiola is ORDERED to file an Amended Answer correcting the deficiencies with her previously asserted affirmative defenses by no later than fourteen (14) days from the date of this Order.

Dated: December 04, 2018

HON. JOSEPHINE L. STATON,
UNITED STATES DISTRICT JUDGE