**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JESSIE STRICCHIOLA, an individual; THIRD DOOR MEDIA, INC., a Delaware corporation; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No. 8:18-cv-01204 JLS (JDEx) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (Doc. 45)** |

Before the Court is a Motion For Leave to File a First Amended Complaint filed by Plaintiff Michael Grecco Productions, Inc. (Doc. 45.) Defendant Jessie Stricchiola did not file an opposition. "The failure to file any required document . . . may be deemed consent to the granting or denial of the motion . . ." C.D. Cal. R. 7-12. The Court deems Stricchiola's failure to respond as consent to granting the Motion.

Having considered all papers filed by Plaintiff in support of its Motion, Stricchiola's non-opposition, and that leave to amend pursuant to Federal Rule of Civil Procedure Rule 15(a)(2) should be "freely given," the Court GRANTS Plaintiff's Motion. Accordingly, the hearing set for April 19, 2019, at 10:30 a.m. is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Plaintiff is ORDERED to file its First Amended Complaint within five (5) days of this Order.

DATED: April 18, 2019

_____
Hon. Josephine L. Staton
United States District Court Judge