1  Mathew K. Higbee, Esq., SBN 241380
2  **HIGBEE & ASSOCIATES**
   1504 Brookhollow Dr., Suite 112
3  Santa Ana, CA 92705
4  (714) 617-8349
   (714) 597-6559 fascimile
5  Email: higbee@higbeeassociates.com
6
7  *Attorneys for Plaintiff*,
   MICHAEL GRECCO PRODUCTIONS,
8  INC.
9

10             THE UNITED STATES DISTRICT COURT
11           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| **MICHAEL GRECCO PRODUCTIONS, INC.** d/b/a **MICHAEL GRECCO PHOTOGRAPHY, INC.,** a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**JESSIE STRICCHIOLA,** an individual; **ERIC ENGE,** an individual; **STEPHAN SPENCER,** an individual; and DOES 1 through 10 inclusive;<br><br>Defendants. | Case No. 8:18-cv-01204-JLS-JDE<br>Hon. Josephine L. Staton<br><br>**Stipulation to Extend Specially Appearing Defendant Enge's Time to Respond to the First Amended Complaint by 30 Days**<br><br>FAC Served: July 8, 2019<br>Current Response Date: July 29, 2019<br>New Response Date: August 28, 2019 |

**Stipulation to Extend Time to Respond to the Complaint**

Plaintiff Michael Grecco Productions, Inc. and specially appearing Defendant Eric Enge stipulate to continue Enge's deadline to respond[1] to the First Amended Complaint from July 29, 2019, to August 28, 2019. They request that the Court issue an order in the form attached that grants this stipulation.

The reasons for this stipulation are the following:

1. Enge was not a named defendant in the original complaint.

2. The First Amended Complaint added Enge as a defendant.

3. The First Amended Complaint was served on Enge on July 8, 2019.

4. Although this is the initial complaint as to Enge, it is not the initial complaint in this case. So Enge is not afforded the opportunity of a 30-day extension as of right under Local Rule 8-3.

5. Enge's response to the First Amended Complaint will be a motion to dismiss for lack of personal jurisdiction.

6. When Enge and Grecco Productions met and conferred on Enge's motion to dismiss for lack of personal jurisdiction, Grecco Productions advised that that it and Defendant Stricchiola were in settlement discussions which, if successful, would result in the dismissal of the First Amended Complaint as to all Defendants.

7. Grecco Productions believes that if a settlement is ultimately reached, it would be reached within the next 30 days.

8. It is inefficient for Enge and Grecco Productions to litigate a motion to dismiss for lack of personal jurisdiction in these circumstances.

*So stipulated.*

---

[1] This expressly includes a response by a motion to dismiss for lack of personal jurisdiction. Grecco and Enge stipulate that this is a special appearance by Enge and not a general appearance. They further stipulate that Enge is not waiving (1) any affirmative defenses, (2) the defense of this Court's lack of personal jurisdiction over Enge, and (3) the right and ability to bring a motion to dismiss for lack of personal jurisdiction. *Benny v. Pipes*, 799 F.2d 489, 493 (9th Cir. 1986) (holding that a motion to extend time to respond is not a general appearance and does not waive the defense of lack of personal jurisdiction); *see also Aetna Life Ins. Co. v. Alla Med. Servs., Inc.*, 855 F.2d 1470, 1474 (9th Cir. 1988) (holding that a Rule 12 motion is timely so long as it is served before a responsive pleading). Enge specifically objects that this Court lacks personal jurisdiction over Enge.

1
2  Dated: July 23, 2019						Respectfully submitted,
3
4								**Pierce Bainbridge Beck Price & Hecht**
5								**LLP**
6
7
8								By:  */s/ Dan Terzian*
								Dan Terzian
9								Attorneys for Specially Appearing
10								Defendant Eric Enge
11
12 Dated: July 23, 2019						Respectfully submitted,
13
14								**Higbee & Associates**
15
16
17								By:  */s/ Mathew K. Higbee*
								Mathew K. Higbee
18								Attorneys for Plaintiff Michael Grecco
								Productions, Inc.
19
20
21							**CERTIFICATION**
22	I, Matthew Higbee, attest pursuant to Local Rule 5-4.3.4, that Dan Terzian
23 concurs in the filings content and has authorized its filing.
24 Dated: July 23, 2019					*/s/ Mathew K. Higbee*
25
26
27
28

– 2 –
**Stipulation to Extend Time to Respond to the Complaint**