1

2

3

| Order is **DENIED** as moot. |
| Date: 8/23/2019  Judge Josephine L. Staton |

4

5

6

7

8

9          THE UNITED STATES DISTRICT COURT

10      FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 **MICHAEL GRECCO**
   **PRODUCTIONS, INC**. d/b/a
13 **MICHAEL GRECCO**
   **PHOTOGRAPHY, INC.,** a
14 California corporation,

15          Plaintiff,

16

17      v.

18 **JESSIE STRICCHIOLA,** an
   individual; **ERIC ENGE,** an
19 individual; **STEPHAN SPENCER,**
   an individual; and DOES 1 through
20 10 inclusive;

21          Defendant.

22

Case No. 8:18-cv-01204-JLS-JDE

Hon. Josephine L. Staton

**Order Granting Stipulation to Extend Specially Appearing Defendant Enge's Time to Respond to the First Amended Complaint by 44 Days**

23

24

25

26

27

28

1    Before the Court is Plaintiff Michael Grecco Productions, Inc. and specially

2    appearing Defendant Eric Enge's stipulate to continue Enge's deadline to respond

3    to the First Amended Complaint. The stipulation is GRANTED in entirety.

4    Specially appearing Defendant Enge's deadline to respond to the First Amended

5    Complaint—including by a motion a to dismiss for lack of personal

6    jurisdiction—is continued from August 28, 2019, to October 11, 2019.

7

8    *So ordered.*

9

10    Dated: August _____, 2019

**DENIED**

BY ORDER OF THE COURT

11    _____
    Hon. Josephine L. Staton
12    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 1 –

**Order Granting Stipulation to Extend Time to Respond to the Complaint**